FILED

SEP - 4 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>SEAN KING, )<br><br>Defendant. ) | **I N D I C T M E N T**<br><br>CASE NO. **4 : 25 CR 437**<br>Title 18, United States Code,<br>Section 922(g)(1) and 924(a)(8)<br><br>**JUDGE POLSTER** |

COUNT 1
(Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.      On or about August 3, 2025, in the Northern District of Ohio, Eastern Division,

Defendant SEAN KING, knowing he had previously been convicted of crimes punishable by

imprisonment for a term exceeding one year, those being: Conspiracy to Distribute Cocaine Base

(Crack), Fentanyl, Fentanyl Analogues, and Heroin, and Distribution of Heroin and Fentanyl, on

or about June 1, 2022, in the United States District Court for the Northern District of Ohio,

Eastern Division in case number 4:20CR00504, knowingly possessed in and affecting interstate

and foreign commerce, ammunition, said ammunition having been shipped and transported in

interstate and foreign commerce, in violation of Title 18 United States Code, Sections 922(g)(1)

and 924(a)(8)

FORFEITURE

The Grand Jury further charges:

2.      For the purposes of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28

U.S.C. § 2461(c), the allegations of Count 1 are incorporated herein by reference.  As a result of

the foregoing offense, Defendant SEAN KING shall forfeit to the United States any and all

firearms and ammunition involved in, or used in violation of Count 1.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.